

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| Heriberto Salas, Individually and d/b/a Iceland Refrigeration, | § | No. 08-15-00383-CV |
|  | § | Appeal from the |
| Appellant, | § | County Court at Law No. 5 |
| v. | § | of El Paso County, Texas |
| Total Air Services, LLC., | § | (TC# 2012DCV03672) |
| Appellee. | § |  |
|  | § |  |

**O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **July 26, 2016**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. James D. Lucas, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before July 26, 2016.

IT IS SO ORDERED this 30th day of June, 2016.


PER CURIAM


Before McClure, C.J., Rodriguez, and Hughes, JJ.